**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **CHRIS M. EVANS**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**         Plaintiff,     v. **CHRIS M. EVANS**,         Defendants | Crim. S-02-287 FCD  **STIPULATION AND ORDER THEREON** |

## FACTUAL PREMISE

The defendant herein, Chris McKinney Evans, has completed the sentence imposed by this court in the above captioned matter. Following release from custody he has obtained employment as the Vice President for Corporate Development of Coolid Corporation in Reston, Virginia. A shareholder in this corporation, Michael Milan, is a convicted felon. Although Mr. Evans does not deal directly with Mr. Milan nor is he supervised in any way by Mr. Milan his probation officer expressed a concern over the relationship, (Mr. Milan and Mr. Evans have the same probation officer) and requested that the judges who sentenced the defendants acknowledge their agreement that Mr. Evans employment does not violate the terms of his supervised release. Two of the three judges involved have made such an order, a copy of Judge Nickerson's order is attached.

Counsel for the defendant has discussed this matter with the government who have no objection to this court making a similar order.

IT IS HEREBY STIPULATED between counsel for the defendant and the government that the defendant, Chris McKinney Evans, in his capacity as Vice President of Corporate Development of Coolid Corporation, maybe permitted to associate, with Michael Milan.

Dated:  May 10, 2005

/ s /

**STEVEN D. BAUER**
Attorney For Defendant

Dated:  May 10, 2005

/ s /

**ROBERT M. TWISS**
Assistant United States Attorney

For Good Cause Appearing
**IT IS SO ORDERED**
Dated:  May 27, 2005

/s/ Frank C. Damrell Jr.
**FRANK C. DAMRELL, JR.**
U.S. District Judge