**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262

Attorney for Defendant: **CHRIS M. EVANS**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Crim. S-02-287 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER THEREON** |
| **CHRIS M. EVANS**, | |
| Defendants | |

## FACTUAL PREMISE

The defendant herein, Chris McKinney Evans, has completed the custodial portion of the sentence imposed by this court in the above captioned matter, and is currently fulfilling his term of supervised release.  Mr. Evans has no financial component to this supervision and has been in complete compliance since the implementation of the term.  As part of his plea agreement the government agreed to recommend that the sentence in this case be concurrent to a sentence which had previously been imposed in Virginia.  In that case the period of supervised release was 24 months and in this case it was 36 months.  The defendant did not object to this difference.

After approximately one year of supervision, the defendant, through his counsel, was approached by the FBI in the Central District of California about

providing information regarding a company now under investigation for fraud in that district.  Although under no obligation to do so, the defendant agreed that he would cooperate by providing valuable information about certain transactions conducted by the principals of the above-mentioned company.  In return, the United States Attorney's Office for the Central District of California offered  to inform this court about any cooperation provided by the defendant.  The United States Attorney's Office for the Eastern District of California represented that it would consider recommending a one year reduction in defendant's term of supervised release in the above captioned case if the United States Attorney's Office for the Central District of California found that the defendant provided substantial assistance to the government and that his information was deemed to be truthful.  Several weeks ago defendant was interviewed by Assistant United States Attorney Matthew Sloan from the United States Attorney's Office in Los Angeles,  and agents from the FBI and the IRS.  Assistant United States Attorney Sloan has informed the United States Attorney's Office for this district that defendant provided valuable assistance in his investigation and that AUSA Sloan believes, based on all available evidence, that defendant's information was truthful and credible.

     While counsel in the underlying case was appointed under the provisions of the Criminal Justice Act, the fees associated with this matter have been paid by the defendant.   Based on the foregoing,

     IT IS HEREBY STIPULATED between counsel for the defendant and the Office of the United States Attorney for the Eastern District of California  that the defendant, Chris McKinney Evans' term of supervised release in the above-referenced case may be modified from 36 months to 24 months concurrent to the supervised release imposed by the United States District Court in Virginia.

(Signatures and Order on Following Page)

Dated: December 13, 2005                           Dated: December 13, 2005

/ s / Steven D. Bauer                              / s / Christine Watson

**STEVEN D. BAUER**                                **CHRISTINE WATSON**
Attorney For Defendant                             Assistant United States Attorney

For Good Cause Appearing
**IT IS SO ORDERED**
December   15, 2005


/s/ Frank C. Damrell Jr.
_____

**FRANK C. DAMRELL, JR.**
U.S. District Judge